UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-cv-80245-MIDDLEBROOKS

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**BRUNELLO CUCINELLI, USA, INC.,**
**a foreign for-profit corporation,**

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL *WITH PREJUDICE*

Plaintiff NELSON FERNANDEZ, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses Defendant BRUNELLO CUCINELLI, USA, INC. as to all of his claims in this action *with prejudice,* with the parties to bear his/their own costs and attorney's fees.

Dated: April 1, 2022.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 North Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL  33351-7919 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ___*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 014659 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of April, 2022, a true and correct of the foregoing was electronically filed and was served on the following:

Joshua A. Stein, Esq.
EPSTEIN, BECKER & GREEN, P.C.
875 Third Avenue
New York, NY  10022
(212) 351-4500
Jstein@ebglaw.com

*Attorneys for Defendant*
*BRUNELLO CUCINELLI, USA, INC.*

/s/ *Roderick V. Hannah*
Roderick V. Hannah